IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:11cv281

| | |
|---|---|
| MARGE IANNUCCI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| RITE AID CORPORATION, ) | |
| ) | |
| Defendant. ) | |

Pending before the Court is the Motion to Compel [# 19]. Defendant moves to Compel Plaintiff to answer interrogatories and provide discovery. The Court **DIRECTS** the Plaintiff and Defendant Rite Aid Corporation to appear for a hearing at 9:30 a.m. on Tuesday, July 10, 2012, in Courtroom 2 at the United States District Court Western District of North Carolina, Asheville Division, 100 Otis Street, Asheville, North Carolina. At the hearing, the Court will address the Motion to Compel. The Court also **DIRECTS** Plaintiff that she may not be represented in this matter by Michael Iannucci because he is not an attorney licensed to practice in this Court. Plaintiff must either obtain counsel to represent her or represent herself *pro se*. She may not proceed *pro se* and allow Mr. Iannucci to represent her or file pleadings on her behalf.

Signed: June 25, 2012

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge