IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:11 CV 281

| | |
|---|---|
| MARGE IANNUCCI, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| V ) | **ORDER** |
| ) | |
| RITE AID CORPORATION, ET AL, ) | |
| ) | |
| Defendant ) | |

**THIS MATTER** is before the court on Michael L. Wade, Jr.'s Application for Admission to Practice *Pro Hac Vice* of Beth A. Moeller. It appearing that Beth A. Moeller is a member in good standing with the Georgia State Bar and will be appearing with Michael L. Wade, Jr., a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Michael L. Wade, Jr.'s Application for Admission to Practice *Pro Hac Vice* (#29) of Beth A. Moeller is **GRANTED**, and that Beth A. Moeller is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Michael L. Wade, Jr.

Signed: July 10, 2012

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge