IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:11cv281

| | | |
|---|---|---|
| MARGE IANNUCCI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| RITE AID CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

Pending before the Court is the Defendant's Motion to Dismiss [# 37]. Plaintiff is proceeding *pro se* and will be advised of her obligations to respond and the time for doing so.

In accordance with Roseboro v. Garrison, 528 F.2d 309 (4th Cir. 1975), Plaintiff, who is proceeding *pro se*, is cautioned that Defendant has filed a Motion to Dismiss contending that this Court lacks subject matter jurisdiction over this dispute. Rule 12(b)(1) of the Federal Rules of Civil Procedure provides for dismissal where the Court lacks subject matter jurisdiction over a legal dispute between the parties. Accordingly, when Plaintiff responds to the Motion to Dismiss, she will need to address whether this Court has subject matter jurisdiction over the dispute and whether the offer of judgment of Defendant renders this dispute moot.

In responding to the motion, Plaintiff shall file a written "response" to Defendant's motion within the time allowed by this Order. A copy of such

response must be sent to counsel for all other parties, and Plaintiff must certify that she has made such service in a "certificate of service" indicating the manner in which such service was made. The Court **GRANTS** Plaintiff until September 19, 2012, to file her written response to the Defendant's Motion to Dismiss.

Signed: September 7, 2012

Dennis L. Howell
United States Magistrate Judge