# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:11cv281

| | |
|---|---|
| MARGE IANNUCCI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| RITE AID CORPORATION, ) | |
| ) | |
| Defendant. ) | |

Pending before the Court is Plaintiff's Motion for Explanation from the Court Regarding Order dated July 24, 2012 [# 39]. Previously, the Court entered an Order granting Defendant's Motion to Compel [# 19] and Motion for Entry of a Confidentiality Agreement [# 34], and granted in part Plaintiff's Motion for Extension of Time [# 33]. Plaintiff now requests that the Court vacate it's prior Order and consider her response in opposition to the Motion for Entry of a Confidentiality Agreement. Having considered Plaintiff's response, the Court finds no reason to vacate the Confidentiality Agreement previously entered by the Court. Defendant satisfied its burden of demonstrating good cause for the entry of a blanket agreement addressing the disclosure of confidential documents during the course of discovery. Accordingly, the Court **DENIES** Plaintiff's Motion for

-1-

Explanation from the Court Regarding Order dated July 24, 2012 [# 39].

Signed: September 7, 2012

_____
Dennis L. Howell
United States Magistrate Judge