IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL CASE NO. 1:11cv281

| | | |
|---|---|---|
| MARGE IANNUCCI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **JUDGMENT** |
| | ) | |
| RITE AID CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

In accordance with the Order entered simultaneously herewith,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Judgment in the amount of $3,000.00 inclusive of interest and costs is entered in favor of the Plaintiff **MARGE IANNUCCI** and against the Defendant **RITE AID CORPORATION**.

**IT IS FURTHER ORDERED** that Judgment having been entered, this action is hereby terminated.

Signed: October 18, 2012

Martin Reidinger
United States District Judge